JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRICE TALLEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TESLA, INC., dba TESLA MOTORS, INC., a Delaware Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:22-cv-03125-JFW-MRWx<br><br>Hon. John F. Walter<br><br>**ORDER RE JOINT STIPULATION REQUESTING VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(A)(ii)** |

## ORDER

The Court has reviewed and considered the Joint Stipulation Requesting Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (the "Stipulation") filed by Plaintiff DEMETRICE TALLEY ("Plaintiff") and TESLA, INC., dba TESLA MOTORS INC., ("Defendant"). The Parties' Stipulation requesting dismissal of this entire action without prejudice shall be and hereby is GRANTED. The case is hereby dismissed in its entirety, without prejudice.

**IT IS SO ORDERED.**

DATED:  May 31, 2022

*[signature]*
Hon. John F. Walter
United States District Court Judge